**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO.  1:00CV141**
**(1:96CR21-1)**

| | | |
|---|---|---|
| **RAYMOND FRANCIS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

THIS MATTER is before the Court on the Petitioner's "Petition to this Honorable Court to Apply the Exception to the Mandate Rule in this Extraordinary Circumstance where Failure to do so Would Result in a Serious Injustice," filed March 14, 2005.

On March 12, 2002, the undersigned complied with the directive of the United States Fourth Circuit Court of Appeals and reinstated his sentence.  Although it is difficult to discern the relief sought by the Petitioner, to the extent that he asks the undersigned to ignore that directive, his motion is frivolous.

IT IS, THEREFORE, ORDERED that the Petitioner's motion is hereby DENIED.

**Signed: May 10, 2005**

Lacy H. Thornburg
United States District Judge