# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO.  1:00CV141
## (1:96CR21-1)


| | | |
|---|---|---|
| **RAYMOND FRANCIS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |


**THIS MATTER** is before the Court on the Petitioner's motion for reconsideration of his "original" motion filed March 13, 2005.

Because the Petitioner's present motion contains no new grounds on which the Court could grant any relief,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for reconsideration is **DENIED**.

**Signed: July 5, 2005**

Lacy H. Thornburg
United States District Judge